# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 19, 2021

## NO. 03-20-00428-CV

**Employees Retirement System of Texas, Appellant**

**v.**

**Martin Lowy, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on May 28, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment affirming appellant's administrative order that appellee did not hold a judicial office on January 31, 2017, and thus was not eligible to retire on that date under section 839.101(a)(1). The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.